IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TING SONG,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSEPH EDLOW, Director, U.S. Citizenship and Immigration Services;<br><br>                    Defendant. | 4:25CV3180<br><br>**FINAL PROGRESSION ORDER** |

After conferring with the parties, the Court's review of this case will be limited to the Administrative Record.

Accordingly,

IT IS ORDERED:

1) On or before January 30, 2026, Defendant shall file the Administrative Record.

2) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before February 27, 2026. The brief responding to the opposing party's summary judgment motion shall be filed on or before March 20, 2026. Any reply shall be filed on or before April 3, 2026.

Dated this 21st day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge