IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TING SONG,

　　　　　　　Plaintiff,

　　vs.

JOSEPH EDLOW, Director, U.S. Citizenship and Immigration Services;

　　　　　　　Defendant.

4:25CV3180

ORDER OF DISMISSAL

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 26).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this case be dismissed without prejudice.

Dated this 20th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge